# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

FILED
JAN 19 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Safe deposit boxes of Dr. Diane E. Shafer located at<br>the Williamson, West Virginia, branch of Branch<br>Banking & Trust (BB&T) | )<br>)<br>)  Case No. 2:10-mj-00005<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the      Southern       District of      West Virginia
*(identify the person or describe the property to be searched and give its location)*:
Safe deposit boxes of Dr. Diane E. Shafer located at the Williamson, West Virginia, branch of Branch Banking & Trust (BB&T).

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before      January 28, 2010
                                                                                                                                *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
      Mary E. Stanley                              .
                     *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                                          ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:      January 14, 2010 1:21 pm       /s/ Mary E. Stanley
                                                                                                     *Judge's signature*

City and state:      Charleston, WV                        MARY E. STANLEY, United States Magistrate Judge
                                                                                          *Printed name and title*

| Return |||
|---|---|---|
| Case No.: <br> 2:10-mj-00005 | Date and time warrant executed: <br> 1/15/2010 ; 10:05am | Copy of warrant and inventory left with: <br> Angela Bronham |

Inventory made in the presence of:
Darren Cox, FBI SA

Inventory of the property taken and name of any person(s) seized:

See Attached Receipts

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/19/2010

_____
Executing officer's signature

FBI SA James F Lafferty II
Printed name and title

**ATTACHMENT A**

1. United States currency, precious metals, jewelry, safes, and financial instruments, including, but not limited to, stocks and bonds.

2. Titles, books, records, receipts, bank statements and records, money drafts, letter of credit, money order and cashier's checks, receipts, passbooks, bank deposit tickets, safe deposit box keys, and memoranda and other items evidencing the obtaining, secreting, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment, and/or expenditure of money.

3. Financial and business records, including, but not limited to, books, records, ledgers, journals, receipts, notes, memoranda, address books, and telephone books.

FD-597 (Rev 8-11-94)

Page 1 of 3

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 209B-PG-78444

On (date) 1/15/10

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [X] Seized

(Name) Angela D. Branham Box #788 / BB3T

(Street Address) 250 E. Second Ave

(City) Williamson, WV 25661

Description of Item(s):
1) 241 - $100 Bills
2) 242 - $50 Bills

NOTHING FOLLOWS

JFL  JFL  OB  OB

Received By: _____ (Signature)

Received From: Angela Branham (Signature)

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 209B-PG-78444

On (date) 1/15/10

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Angela D. Brunson BOX #842 / BB&T
(Street Address) 250 E. Second Ave
(City) Williamson, WV 25661

Description of Item(s):
1) 2,412 - $100 Bills
2) 503 - $50 Bills
3) 5 - $20 Bills
4) One (1) $50 Series EE Bond; 5) Six (6) Series EE $100 Bonds; 6) Two (2) Series EE $200 Bonds; 7) Six (6) Series EE $1,000 Bonds; 8) One (1) Series EE $5,000 Bond; 9) Two (2) Series EE $10,000 Bonds; 10) One (1) 1935 U.S. Dollar Silver Certificate; 11) Six of 15 Indian Head Quarter Eagles; 12) Various titles and deeds; 13) One (1) Series EE $50 Bond; 14) Various Insurance information; 15) Pennsylvania State University documents; 16) Diana E Shafer's will.

NOTHING FOLLOWS

Received By: (Signature)
Received From: Angela Brunson (Signature)